HONORABLE SALVADOR MENDOZA, JR.

Angelo J. Calfo
Patricia A. Eakes
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com
       pattye@calfoeakes.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA ROBINS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00198-SMJ<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Donna Robins and Defendants Ethicon, Inc. and Johnson & Johnson, jointly submit this Notice of Settlement and hereby inform the Court as follows:

1. Plaintiff has reached an agreement with Defendants to resolve all of her claims in this action.

NOTICE OF SETTLEMENT
(Case No. 2:20-cv-00198-SMJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

2.    The parties are in the process of finalizing a settlement agreement but need approximately 45 days to complete this process.  After finalizing the settlement agreement, the parties will file a stipulated motion to dismiss this action.

3.    Based on the foregoing, the parties respectfully request that the Court temporarily suspend all further proceedings.

DATED:  August 5, 2020

<u>s/ Angelo J. Calfo</u>
Angelo J. Calfo, WSBA# 27079
Patricia A. Eakes, WSBA# 18888
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email:  angeloc@calfoeakes.com
Email:  pattye@calfoeakes.com

<u>s/  Anita Modak-Truran</u>
 Anita Modak-Truran
 Butler Snow LLP - TN
 150 3rd Avenue
 Suite 1600
 Nashville, TN 37201
 615-651-6700
 Email: anita.modak-truran@butlersnow.com
 *PRO HAC VICE*

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

<u>s/ Joseph A. Grube</u>
Joseph A Grube
Karen K Orehoski
Breneman Grube Orehoski, PLLC
1200 5th Avenue
Suite 625
Seattle, WA 98101-3118
206-624-5975
Fax: 206-770-7607
Email: joe@bgotrial.com

<u>s/ Christopher A. Gomez</u>
Christopher A Gomez
Lee B Balefsky
Kline & Specter PC
1525 Locust Street
18th Floor
Philadelphia, PA 19102
215-772-0420
Fax: 215-735-0960
Email: lee.balefsky@klinespecter.com
chris.gomez@klinespecter.com
*PRO HAC VICE*

*Counsel for Plaintiff Donna Robins*

NOTICE OF SETTLEMENT
(Case No. 2:20-cv-00198-SMJ) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

1. The undersigned hereby certifies that on August 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

DATED this 5th day of August, 2020.

                *s/ Janice Anderson*
                  Janice Anderson
                  Legal Assistant

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE
(NO. 2:20-cv-00198-SMJ) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224